IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:98-cr-00058-MP-AK

RODERICK KENARD MORTEN,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 198, Amended Motion to Correct Judgment in a Criminal Case by Roderick Kenard Morten.  Mr. Morten seeks to amend the judgment entered March 28, 2008, to include a provision that the sentence imposed therein run concurrently with any state sentence imposed.  The Court at sentencing stated, "it is the judgment of the Court that this defendant be committed to the custody of the Bureau of Prisons for a term of 27 months....This will run concurrent to any sentence imposed by the State of Florida in Case No. 2007-CF-4D810-A."  Doc. 198, Exh. 2 lines 11-15.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to amend judgment is granted, and the Clerk is directed to enter an amended judgment which includes the provision that the sentence run concurrent to any sentence imposed by the State of Florida in Case No. 2007-CF-4D810-A.

**DONE AND ORDERED** this _6th_ day of May, 2008

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge